**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 183 MM 2014
:
Respondent :
:
:
:
v. :
:
:
:
STEVEN D. GEBHART, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.